CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 09, 2026
LAURA A. AUSTIN, CLERK
BY:
s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON ANDREW ADAIR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:25-cv-00768 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SOUTHWEST VIRGINIA REGIONAL | ) | By:    Hon. Thomas T. Cullen |
| JAIL AUTHORITY - DUFFIELD, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

Plaintiff Jason Andrew Adair, proceeding *pro se*, filed a civil-rights action under 42 U.S.C. § 1983 against Defendant Southwest Virginia Regional Jail Authority - Duffield. (*See* ECF No. 1.) On March 3, 2026, the court advised Plaintiff that a jail is not a "person" subject to suit under § 1983, *see Perdue v. Penalosa*, 38 F.3d 1213, 1213 (4th Cir. 1994), and that, as written, his complaint failed to state a claim for relief under § 1983. (*See* ECF No. 6, at 1–2.) The court ordered Plaintiff to file an amended complaint within 30 days that corrected the deficiency identified and cautioned Plaintiff that failure to amend would result in dismissal of this action. (*Id.* at 2.)

More than 30 days have elapsed, and Plaintiff has not filed an amended complaint. Under 28 U.S.C. § 1915A, the court has an obligation to screen prisoner filings and dismiss any complaint that "fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915A(b)(1). As noted above, Plaintiff may not pursue his claim against a jail because a jail is not a "person" within the meaning of § 1983. *See Perdue*, 38 F.3d at 1213. Accordingly, Plaintiff has not stated a claim for relief against Defendant. Because Plaintiff's original

complaint fails to state a claim for which relief may be granted and because Plaintiff did not file an amended complaint correcting this deficiency, the court will dismiss this action under 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to forward a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

**ENTERED** this 9th day of April, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE